UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 11-315(JRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **AMENDED INFORMATION** |
| Plaintiff, | ) (42 U.S.C. § 7413(c)(2)(A)) |
| v. | ) |
| CORN PLUS, A MINNESOTA COOPERATIVE, | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(False Statements)

On or about January 27, 2011, in the State and District of Minnesota, the defendant,

**CORN PLUS, A MINNESOTA COOPERATIVE,**

did knowingly make a false material statement, representation, and certification in a report required under the Clean Air Act, Title 42, United States Code, Section 7401 et. seq., by falsely certifying compliance with its Title V Clean Air Act permit, when, in fact, defendant knew it was not in compliance. Specifically, defendant falsely certified compliance with its Permit requirements knowing that pollution control equipment designed to prevent the discharge into the environment of airborne particulate matter was operating outside Permit parameters, all in violation of Title 42, United States Code, Section 7413(c)(2)(A).

Dated: October 27, 2011

Respectfully submitted,

B. TODD JONES
United States Attorney

BY: David M. Genrich
Assistant U.S. Attorney
Attorney ID No. 0281311

SCANNED
OCT 2 7 2011
U.S. DISTRICT COURT MPLS

OCT 2 7 2011